**Elijah SUMMERS, Appellant,**

v.

**SKIBS A/S MYKEN.**

**Nos. 13458, 13609.**

United States Court of Appeals Third Circuit.

Argued Oct. 31, 1961.

Decided Nov. 17, 1961.

Marvin I. Barish, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellant.

Harrison G. Kildare, Philadelphia, Pa. (Rawle & Henderson, Philadelphia, Pa., Thomas F. Mount, Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, STALEY and FORMAN, Circuit Judges.

PER CURIAM.

Despite the able and thorough argument on behalf of appellant we are convinced that the prospective interpretation of the Pennsylvania Non-Resident Vessel Owner Act, 12 P.S. § 336, by the district court is sound.

The judgment of the district court will be affirmed.